■ In the Matter of the Estate of MILDRED ZINNA, Deceased. CHARLES ZINNA, Appellant; NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [722 NYS2d 755] —In a proceeding pursuant to Social Services Law § 104 and SCPA 1809 (1), the petitioner appeals from an order of the Surrogate's Court, Nassau County (Radigan, S.), dated March 9, 2000, which ruled that a computer printout of the respondent's records would be admissible at trial.

Ordered that the appeal is dismissed, without costs or disbursements.

The Surrogate's evidentiary ruling is neither appealable as of right nor by permission (*see, Savarese v City of New York Hous. Auth.;* 172 AD2d 506, 509; *Pellegrino v New York City Tr. Auth.,* 141 AD2d 709, 710). Santucci, J. P., Altman, Luciano and H. Miller, JJ., concur.